**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HEALTHY KITCHEN, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LITCHFIELD TAVERNS, LLC, a Nevada Limited Liability Company; DOES I-X,<br><br>　　　　　　Defendant(s). | 2:21-cv-01139-JCM-VCF<br>**ORDER** |

　　　Before the court is *Healthy Kitchen, LLC v. Litchfield Taverns, LLC*, case number 2:21-cv-01139-JCM-VCF.

　　　A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before January 20, 2023.

　　　DATED this 9th day of January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE