ROB L. PHILLIPS
Nevada Bar No. 8225
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
(702) 518-1239
Rob.phillips@fisherbroyles.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEALTHY KITCHEN, LLC, a Nevada Limited Liability Company,<br><br>           Plaintiff,<br>v.<br><br>LITCHFIELD TAVERNS, LLC, a Nevada Limited Liability Company, and DOES 1-X,<br><br>           Defendants. | Case No.: 2:21-cv-01139<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED this 20th day of January 2023.


**FISHERBROYLES, LLP**

/s/ Rob L. Phillips

---
ROB L. PHILLIPS
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702)-518-1239
*Counsel for Plaintiff*

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

**LAW OFFICES OF MITCHELL S. BISSON**

/s/ Mitchell S. Bisson

_____
MITCHELL S. BISSON, ESQ.
911 N. Buffalo Dr., Ste. 201
Las Vegas, NV 89128
Telephone: (702) 602-4990
*Counsel for Defendant*

### **ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January 23, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2